

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

FTL Energy Assets, LLC,

\* From the 385th District Court
of Midland County,
Trial Court No. CV60022.

Vs. No. 11-25-00032-CV

\* April 30, 2025

Frio Energy Partners, LLC,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.